Commonwealth *v.* Barrett, Appellant.

Submitted November 12, 1973. *Fremont J. McKenrick,* Public Defender, for appel-

768

lant; *D. Gerard Long*, Assistant District Attorney, and *Caram J. Abood*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.